

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Smithco Construction, Inc., | § | No. 08-13-00191-CV |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| Tierra Mining Materials, LLC, | § | of Presidio County, Texas |
| Appellee. | § | (TC# 7350) |

# **O R D E R**

On July 30, 2013 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On August 2, 2013 Appellee timely filed an objection. The Court finds Appellee's objection persuasive.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is now due in this Court on or before September 4, 2013. If no Reporter's Record will be filed for this appeal then the Appellant's brief shall be due in this Court thirty days after the Clerk's Record is filed.

IT IS SO ORDERED this 5th day of August, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.